**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS A. WARD,<br><br>    Petitioner,<br><br>  v.<br><br>JOE A. LIZARRAGA,<br><br>    Respondent. | Case No. EDCV 19-0487 DSF (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

  IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

  IT IS SO ORDERED.

DATED: May 26, 2020

                      _____
                      Honorable Dale S. Fischer
                      UNITED STATES DISTRICT JUDGE