JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TRAVIS A. WARD,

            Petitioner,

    v.

JOE A. LIZARRAGA,

            Respondent.

Case No. ED CV 19-0487 DSF (RAO)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

Date: May 26, 2020

Dale S. Fischer
United States District Judge